IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the Matter of the Denial of Federal Firearms Application/Renewal, FFL No. 1-56-03195, Pursuant to Chapter 44, Title 18, United States Code, As a Dealer in Firearms Other Than Destructive Devices<br><br>Licensee:<br>Blackwood Station Outfitters, Inc.<br>5670 N US 15-501<br>Pittsboro, North Carolina 27312 | Case No.: 1:25-cv-245<br><br>MOTION FOR<br>WITHDRAWAL OF PETITION |

*************************************************************************

NOW COMES Blackwood Station Outfitters, Inc., Petitioner, by and through the undersigned counsel, who hereby requests that this Court allow the withdrawal of this action pursuant to F. R. Civ. P. 41 (a)(1)(A)(i) and that this Petition be dismissed without prejudice. In support thereof, Petitioner shows unto the Court as follows:

1. On or about 27 January 2025, the ATF denied Petitioner's Application to Renew its Federal Firearm License ("FFL") pursuant to 18 U.S.C. § 923(d) and 27 C.F.R. § 478.71.

2. On 28 March 2025, Petitioner timely filed the above-captioned Petition for De Novo Judicial Review pursuant to 18 U.S.C. § 923(f)(3). (D.E. 001)

3. Since the filing of the above-captioned Petition, the undersigned counsel has conferred with counsel for the Bureau of Alcohol, Tobacco, Firearms and Explosives, Respondent, who has advised Petitioner that Respondent has reopened Petitioner's Application to Renew its FFL.

4. Respondent has issued Petitioner a Letter of Authorization to continue operations under its current FFL while Respondent completes processing its Application to Renew its FFL.

5. The underlying decision by Respondent, which constituted the basis for the above-captioned Petition, is no longer in effect.

6. The above-captioned Petition is moot.

7. Respondent has not filed an answer, motion for summary judgment, or other responsive pleading.

8. Counsel for Petitioner has conferred with counsel for Respondent, who does not object to this Motion for Withdrawal of Petition.

**WHEREFORE**, Petitioner respectfully requests that the United States District Court for the Middle District of North Carolina allow Petitioner to withdraw its Petition and that this matter be dismissed without prejudice.

This the 19 of May 2025.

**Landon White Law Firm, PLLC**

/s/ D. Landon White
D. Landon White
N.C. Bar. No. 45120
887 Washington Street, Ste A
Raleigh, NC 27605
PO Box 6696
Raleigh, NC 27628
Email: lwhite@landonwhitelaw.com
Telephone: 919-745-8060
Facsimile: 919-750-0068
*Attorney for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Motion for Withdrawal of Petition with the Clerk of Court using the CM/ECF system, which will send notification of such filing, and I have additionally served interested parties by mailing a copy to the following:

United States Attorney's Office – Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Telephone: 336-333-5351
E: USANCM.Webmaster@usdoj.gov

Ms. Pamela Bondi
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Mr. Eric Francum
United States Department of Justice
Bureau of ATF
3600 Arco Corporate Drive, Suite 500
Charlotte, NC 28273
Email: Eric.Francum@atf.gov
*Attorney for Respondent*

Regina Milledge-Brown
*Director of Industry Operations*
Bureau of ATF
3600 Arco Corporate Drive, Suite 500
Charlotte, NC 28273
E: cathy.hunter@atf.gov
*Respondent*

Civil Process Clerk
United States Attorney's Office for the Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401

Ms. Lynne Klauer
Assistant United States Attorney
United States Attorney's Office – Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Email: Lynne.Klauer@usdoj.gov

This the 19 of May 2025.

**Landon White Law Firm, PLLC**

/s/ D. Landon White
D. Landon White
N.C. Bar. No. 45120
887 Washington Street, Ste A
Raleigh, NC 27605
PO Box 6696
Raleigh, NC 27628
Email: lwhite@landonwhitelaw.com
Telephone: 919-745-8060
Facsimile: 919-750-0068
*Attorney for Petitioner*